(INND Rev. 1/21)

# INDIANA State Court

[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]

**Willie Dianne Grella**
[You are the PLAINTIFF, print your full name on this line.]

v.

**Elkhart General Hospital**
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number _____
[For a new case in this court, leave blank. The court will assign a case number.]

**FILED**
FEB 13 2023
CLERK ELKHART
CIRCUIT COURT

-FILED-
APR 11 2023
At _____ M
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Elkhart General Hospital | 600 East Blvd. |
| 2 | [Put the names of any other defendants in these boxes.] James Shoemaker (Dr) | 7751 W. Cromwell Rd, USA/Elkhart |
| 3 | Tim J Clupp (RN) | 607 Revere Dr Goshen IN 46526 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? **20**
2. What is your address? **903 West Lusher Ave Elkhart, IN 46517**
3. What is your telephone number: **(574) 293-9966 / 574 202-1394**
4. Have you ever sued anyone for these exact same claims?
   ⊗ No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

    **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

    **DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. *[The first paragraph has been numbered for you.]*

1. Dr Shoemaker (James) was the attending doctor. He allowed my husband to be tortured + abused for over 8 hours. He trained new trainee nurses on him.

2. Terri Cheapp RN was the nurse that told us nothing was wrong with my husband, but he did not take me to his bed side but left me in a side room for over eight hours.

3. Terri also told us (me & my son) that my husband never lost his pulse, he did not have covid, his vitals were good and his blood sugar was fine.

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

LIST OF DEFENDANTS

20C01-2302-CT-43

| | | |
|---|---|---|
| ELKHART GENERAL HOSPITAL | 600 EAST BLVD | ELKHART, IN 46514 |
| ELKHART CLINIC | 303 SOUTH NAPPANEE ST. | ELKHART. IN 46514 |
| CARL RISK | 600 EAST BLVD. | ELKHART. IN |
| JAMES SHOEMAKER DR. | 7701 WEST CROMWELL | LIGONIOR .IN 46767 |
| LINDA THOMAS | 309 ½ HACKETT RD. | GOSHEN. IN |
| OWEN HANSEN | 600 EAST BLVD. | ELKHART. IN |
| SARA K. ATKINSON | 2310 CALIFORNIA RD. | ELKHART, IN 46514 |
| KERI L. NIEDBOLSKI | 68260 ELM RD. | BREMAN IN 46506 |
| MINNIE ENRIQUEZ DR. | 303 SO NAPPANEE ST | ELKHART, IN 46514 |
| HUDE HAZMUL DR. | 303 SO NAPPANEE ST | ELKHART. IN 46514 |
| O DEAN LEWIS DR. | 600 EAST BLVD. | ELKHART IN 46514 |
| MUHAMMAD SAEED DR, | 303 SO NAPPANEE ST | ELKHART, IN 46514 |
| TIM J, CHUPP RN | 607 REVERE DR, | GOSHEN, IN 46426 |
| JENNYIFER SWAIN | 59760 PARKWAY DR. | ELKHART, IN 46516 |
| BETH A. GERIG | 63521 MADISON ST | MISHAWAKA, IN 46544 |
| MEREDITH WEIDOW | 22419 PINE ARBOR DR. #1 | ELKHART, IN 46516 |
| GEBRIELLE WARNER | 600 EAST BLVD. | ELKHART, IN 46514 |
| JENNIFER YOUNG | 600 EAST BLVD. | ELKHART. IN 46514 |
| NANCY KAUFFMAN | 613 RIVER CREEK RUN | GOSHEN, IN |
| KATHY BONTRAGEN | 600 EAST BLVD. | ELKHART. IN 46514 |

(INND Rev. 1/21)

**Claims and Facts (continued)**

I believe husband's civil right and human Rights were violated which lead to his life been taken, He had a Right and desire to live.

**PRIOR LAWSUITS** – Have you ever sued anyone for this exact same event?

☒ No.

○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

**RELIEF** – If you win this case, what do you want the court to order the defendant to do?

I want the defendant never to practice medicine and pay my family for the loss we have suffered –

**FILING FEE** – Are you paying the filing fee?

☒ Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.]

○ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

_K_ I will keep a copy of this complaint for my records.
_K_ I will promptly notify the court of any change of address.
_D_ I declare **under penalty of perjury** that the statements in this complaint are true.

Dianna Graham                                    11-14-22
Signature                                         Date
                                                  Jan 2, 23

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Feb 19, 23

4. Kathy Rogers destroyed my medical Records or had them printed for me.

5. Jennifer (Young): Refused to give me my husband's first medical Records

6. Linda Thomas & Nancy Kauffman stole my husband's Real-original Medical Records and about 2000 pages of the false Records

7. Everyone else lied about the abused and falsified his Records

7B Dr. M. Saeed & Dr. an Jews did nothing to save my husband life

8. Doctors covered up Jesus knows what abuse was done to my husband for Eight hours in the E.R.

9. I Believe everyone one else was just a part of the cover-up.

10. Owen Hansen made sure I did not leave the room I was put in and left for eight hours.

11 Clark Rick knows what happen to my husband but refuse to do anything about it

12 the trainee nurses are not listed but their name are in his original Medical Records.

20C01-2302-CT-43

On the morning of October 4, 2020, before breakfast my grandchildren and great grands come to see their "papa". He was in the bedroom, but he was up and dressed. They wanted him to go into living room he agreed and started walking into the living room, half way down the hall his oxygen tank (set on one) fall off.* He continued into the living room where he told his grands and great grands how much he loved them. He then asked me to rub his back and side. I rubbed his back and began to rub his left side he said "not that side the other side" I went to the other side of him and began to rub his right side, at that time he leaned over on me I thought he was saying he loved me too, but he was passing out, this scared all of us. His lips and tongue turned blue. I told one of my grandchildren to call Tri-State Ambulance, meaning to say Tri County Ambulance. My husband had already stabilized when the EMTs arrived. One of the EMTs stuck my husband with a long needle which seemed to immobilize him and told us his blood sugar was good, two of the EMTs was asking me leading questions in rapid succession. At this time, I could not see my husband because they were blocking my view of him, disregarding my wishes he was taken from our home. I asked them not to do anything until I talked to him. I walk down the hall to our bedroom when I returned they had taken him to a place he did not want to go, he believed that he would kill him if he ever went back to Elkhart General Hospital. When I arrived at EGH, I was put in a room in the ER department, and a male chaplain stopped by. Shorty, after that my son arrives and the male nurse comes to the small room and told us the good news that my husband never lost his pulse, did not have COVID, vitals were good, and his blood sugar was find he was good and would be going home soon. My son left to tell everyone the good news, but the nurse decided not to take me to my husband. He said I could come "in a little bit".

Dr. Shoemaker come to the little room I was in and wanted me to sign a DNR (WHY!!!) and he would send my husband home, because he did not want to resuscitate him or send him to the third floor, and I did not want him to go up there either. Dr. Shoemaker told me to come to my husband. As I started to get up the room got misty or smoky at this time I pass out or fainted I do not know how long I was out, but both the Doctor and chaplain were gone when I wake up. I was in shock, it seemed like I was in a tunnel, I could see people moving but I did not or could not move. I was left in the room for over eight hours.

No one ask my husband's name or permission to perform any procedures. My husband was intubated about 7:30p.m. Why? I got up to finally go see her husband. The other rooms in the ER are empty. My husband sees me, reaches out his hand and then loses consciousness. He had been intubated. Those present include a male nurse (the same one who told my son that his dad's vitals were fine and he'd be released soon), a female nurse, someone wearing brown scrubs (perhaps someone from maintenance?) and the doctor, James Shoemaker. The male nurse says, "Where were you going to send him?" The doctor picks up a paper and says, "Well, she never signed the paper" and walks away from her husband. Then, my daughter from Indianapolis walks in. She says she was in the waiting room but they wouldn't let her back. She also says the staff seem pretty nervous. She refers to the woman who brought her back as "Nervous Nellie."

My husband was moved upstairs to CCU. The man in the brown scrubs pushes him across the dark room with the lights along the floor. There was nobody else in the ER except me and my daughter. He was taken to the third flood, my daughter goes upstairs with him. I wander around the ER until my daughter calls and says someone needs to come up to the third floor who can make decisions. I went to third floor where they have four papers and they ask me to sign three of them. I had no idea what these papers were but I signed them. I looked over at my husband and saw what looks like coffee grounds in the

intubation draining tube. "Isn't that blood?" I asked Doctor O'Dean Lewis, who is there in green scrubs. "No, he told me. I saw pink fluid in the Intubating tube and I asked again, "Isn't that blood?" And again, I was told, "No." They ask me and my daughter to step out of the room so they can take x-rays. A respiratory therapist comes and puts his oxygen up to 100. The doctor looks at the x-ray and says he has air bubbles, but I can see that he had aspirated. I saw tears in the corners of her husband's closed eyes., but I still leave the hospital and drives home with my 16-year-old grandson while my daughter stays with my husband.(I have no idea why I left the hospital)I.

In the middle of the night, we received a call from my daughter saying that I needed to come to the hospital to give permission for them to begin dialysis. When I arrived at the hospital I went to the third floor, expecting someone to talk with me about dialysis, but no one did. I talked with my daughter about putting a tube in his stomach and I said she doesn't think dad would like it. Doctor O'Dean Lewis is sitting there but doesn't say anything about dialysis, he tells me and my daughter that we needed to leave, which we did. Out in the parking lot, I looked upstairs to the window in her husband's room and I saw people in scrubs one at head and one at the foot of his bed, they start pushing him away..

Around 6:30am the hospital called my daughter answers the phone and she is told that her father is not responsive, they are getting ready to resuscitate him, and to come to the hospital as soon as possible. Ten minutes later, we arrived at the hospital. we are ushered into a room where two doctors O'Dean Lewis and Dr. Muhammad Ahsan SAEED a nurse and a group of student nurses take turns playing like they were trying to resuscitate my husband At some point we were told by Dr. Muhammad Ahsan Saeed, "We'll keep doing until you tell us to stop, my son says stop. MY HUSBAND NEVER FLAT LINED ALL OF THE LIGHT WERE STILL ON AND BEEPING.

I feel my husband was taunted, abused, tortured, used as a training doll, and killed in the ER of EGH. He was sent to the third floor dead or dying around 6:45AM the next morning most of the people on the third floor participated in a false narrative of caring about my husband and attempting to resuscitate. When we arrived around 7:00AM no one had stared anything they said they were getting ready. The trainee nurses took turns training on him. Doctor Muhammad Ahsan Saeed said they would continue until we stopped them my son say stop, but no one checked his brain waves to see if he was dead or alive.

My husband's medical records were stolen and falsified:

1.   I was never at his bed side
2.   I never gave consent for anything
3.   Why was his bone marrow withdrawal 10042020-053
4.   Why and how much fentanyl was he given
5.   Full code is to do all you can to save lives, not take them
6.   Why was he restrained
7.   Why was his life taken
8,   I BELIEVE MY HUSBAND WAS ABUSED, TORTURED AND EXPERIMENTED ON FOR OVER EIGHT HOURS.