UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

DIANNA GRAHAM,

    Plaintiff,

v.                                         CAUSE NO. 3:23-CV-276 DRL-MGG

ELKHART GENERAL HOSPITAL *et al.*,

    Defendant.

## ORDER

On April 7, 2023, Dianna Graham, the plaintiff, filed a notice to remove a case from the Elkhart Circuit Court. She also filed a motion to appoint counsel. "[A]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a). A "plaintiff who files suit in state court is precluded from removing a case to federal court." *Tri-State Water Treatment, Inc. v. Bauer*, 845 F.3d 350, 353 (7th Cir. 2017). As the plaintiff, Ms. Graham may not remove her state court complaint to this court.

Accordingly, the court DENIES Ms. Graham's motion to appoint counsel as directed to the wrong court [ECF 2] and REMANDS this case to the Elkhart Circuit Court for further proceedings.

SO ORDERED.

April 13, 2023                                  *s/ Damon R. Leichty*
                                                        Judge, United States District Court