UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

DIANNA GRAHAM,

Plaintiff,

v.                                                    CAUSE NO. 3:23-CV-276 DRL-MGG

ELKHART GENERAL HOSPITAL *et al.*,

Defendant.

ORDER

On April 13, 2023, the court remanded Dianna Graham's case because she improperly removed her case as a plaintiff [ECF 7]. On April 18, 2023, she filed what is titled a "motion to clarify list," which askes for a jury trial and a declaration that certain witnesses are hostile [ECF 8]. On April 19, 2023, she filed a motion to reconsider the court's remand order [ECF 9]. She says she tried to remove two cases from Elkhart Circuit Court [*id.* 1].

As to the first case, Case No. 20C01-2302-CT-43, she says the case was dismissed without prejudice before she filed a notice of removal [*id.*]. That doesn't change the court's ruling that she can't remove a case to federal court as a plaintiff. *Tri-State Water Treatment, Inc. v. Bauer*, 845 F.3d 350, 353 (7th Cir. 2017). In fact, it would underscore that there was no case to remove.

As to the second case, Case No. 20D05-2301-CT-6, she claims she is the defendant. No information from this case has been presented in any filings, including the motion for reconsideration. The only reference to this case is the case number on the notice of removal, which otherwise discusses the subject matter of the other case number [ECF 1 at 1]. In reviewing the state docket, the court sees no identification of Ms. Graham as a defendant (or even a party). The party seeking removal "bears the burden of establishing federal jurisdiction." *Tri-State*, 845 F.3d at 352. Ms. Graham hasn't attempted to meet this burden.

Accordingly, the court DENIES Ms. Graham's motion for reconsideration [ECF 9]. Because this case has been remanded, the court DENIES her motion to clarify list as directed to the wrong court [ECF 8].

SO ORDERED.

April 19, 2023                                          *s/ Damon R. Leichty*
                                                        Judge, United States District Court